# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.                              NO. 4:08CR00412-001

MATTHEW ALLEN DELL

### ORDER AMENDING JUDGMENT

It has come to the Court's attention that the date of imposition of judgment listed on the Judgment and Commitment (doc #26) as to the above-named defendant should be amended to reflect *December 18, 2009*,

IT IS ORDERED that the Judgment and Commitment be amended to reflect ***December 18, 2009 as the date of imposition of sentence***, and that all other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

DATED this 7th day of January, 2010.

/s/Susan Webber Wright
United States District Judge